United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID J. NELSON,

    Plaintiff,

    v.

ROBERT DAVID NEAL,

    Defendant.

_____/

No. C 09-5162 PJH

**ORDER RE MOTION FOR MODIFICATION OF JUDGMENT; REFERRAL OF POST JUDGMENT MATTERS TO MAGISTRATE JUDGE**

        The court is in receipt of an "emergency motion for modification of [judgment]" in the instant action, filed by an individual, John Wall, who has been designated an "interested party" in the docket caption, but who calls himself both the substituted plaintiff and a representative of plaintiff. The motion seeks to modify the judgment entered by the clerk of the court on January 26, 2010, pursuant to Federal Rule of Civil Procedure ("FRCP") 68, and further requests that the court "order the clerk of the court" to issue a writ of execution in connection with such modified judgment.

        The court has reviewed both the offer of judgment and acceptance of offer and agrees with Mr. Wall that the clerk's judgment is deficient as it does not adequately set forth the terms of the offer and acceptance. Accordingly, the court, sua sponte and pursuant to Fed. R. Civ. P. 60(a), enters by separate order an amended judgment reflecting the agreed upon terms.

        It is not entirely clear, however, whether Mr. Wall is requesting that his name appear on the amended judgment. He refers to Fed. R. Civ. P. 25, but has not, as required by that rule, filed a motion to be substituted in place of the original plaintiff. Thus, his "Notice of Substitution" is ineffectual for this purpose and the amended judgment remains in the

names of the original parties who entered the offer and acceptance of judgment in the first place.

In another filing, docket #14, Mr. Wall applies for a writ of execution of the judgment (and presumably the amended judgment). It is not clear to the court that given his non-party status, Mr. Wall may obtain such a writ. This question as well as resolution of the application is hereby REFERRED for assignment of a magistrate judge forthwith.

**IT IS SO ORDERED.**

Dated: March 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge