UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID J. NELSON,

        Plaintiff(s),                              No. C 09-5162 PJH

     v.                                       **AMENDED JUDGMENT**

ROBERT DAVID NEAL,

        Defendant(s).

_____/

        The defendant, Robert David Neal, having offered to allow final judgment to be taken against him in accordance with FRCP 68, and plaintiff, David J Nelson having accepted the offer, judgment is entered as follows:

1.     The plaintiff shall recover from the defendant the amount of $125,000.00 as indemnification arising from the wrongful property detention, with interest at the rate of 10%, per annum, along with costs in the amount of $2,000.00;

2.     All of the property of the defendant, identified and covered by and defined in the Security Agreement and hereinafter referenced as "Chattel," is transferred to the plaintiff;

3.     The plaintiff shall recover exclusive and immediate possession of the Chattel pursuant to UCC § § 9.620 and 9.622;

4.     All of the defendant's rights in the Chattel are transferred to the plaintiff pursuant to UCC § 9.622(a)(2);

5.     The plaintiff's security interest in the Chattel is discharged and all subordinate interests in or other subordinate liens on the Chattel are also discharged pursuant to UCC § 9.622;

6. All other subordinate interests in the Chattel are terminated pursuant to UCC § 9.622(a)(4);

7. The defendant, including any and all bailees, custodians, and warehouser of the defendant shall immediately terminate all possession of the Chattel pursuant to UCC § 9.622 and all of the plaintiff's other rights, remedies, and powers evidenced by the Security Agreement which is fully incorporated herein by reference are fully ratified;

8. The defendant and the defendant's bailees, custodians, or warehousers including but not limited to HARRY G. LAPIN and DON JOSLIN shall immediately deliver possession of the Chattel without cost to the plaintiff's bailee, DOREEN BURGESS;

9. The plaintiff and his bailee are jointly and severally entitled to a writ of assistance or replevin for the delivery of possession of the Chattel pursuant to the Federal Rules of Civil Procedure and this final judgment.

This judgment supercedes the judgment entered by the Clerk of Court on January 26, 2010, and is effective as of that date.

IT IS SO ORDERED.

Dated: March 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge