UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. NELSON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ROBERT DAVID NEAL,<br><br>        Defendant(s). | No. C 09-5162 PJH (BZ)<br><br>**ORDER FOR FURTHER BRIEFING** |

This matter was referred to me on March 17, 2010 for a determination on whether John J. Wall, who claims to be an interested party, is entitled to apply for a writ of execution to enforce the judgment entered in favor of plaintiff David J. Nelson ("plaintiff").

F. R. Civ. P. 70(d) provides for obtaining a writ of execution "[o]n application of a *party*" (emphasis added). Mr. Wall has not supplied evidence that he is a party to this action. His application is also deficient under California law. The Court requires more information on the following issues before making a recommendation:

    1.   Pursuant to F. R. Civ. P. 69(a)(1), a money judgment

1

is enforced in accord with "the procedure of the state where the court is located."  In California, "a writ of possession or sale may be enforced as a writ of execution to satisfy any money judgment included in the judgment for possession," and the application must provide the information required by Form J-130, including "a description of the property to be delivered."[1]  CCP §§712.040(a), 714.010(b)(1).  Mr. Wall's application is incomplete, because it does not provide enough information, particularly a description of the property to be delivered.

    2.  In his application, Mr. Wall refers to himself as a "newly substituted plaintiff," but the record does not contain evidence of substitution.

    3.  To the extent that Mr. Wall is claiming he is entitled to enforce the judgment because he is plaintiff's assignee, there is no evidence of an assignment in the record.

    4.  If Mr. Wall believes there is legal authority for the proposition that he has standing to enforce the judgment absent proof that he is the plaintiff or his assignee, he must provide it to the Court.

    Therefore, if Mr. Wall wishes a ruling on his application, he is **ORDERED** to supplement his application to address above issues by **APRIL 9, 2010**.  If he does not do so, I will recommend that Mr. Wall's application for a writ of

///

///

---

[1] Writ of Execution Form J-130 is available on the Court's website.

1 | execution be denied.
2 | Dated:  March 23, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NELSON V. NEAL\NELSON V. NEAL BRIEFING ORDER.wpd