UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID J. NELSON,

    Plaintiff,

    v.

ROBERT DAVID NEAL,

    Defendant.
_____/

No. C 09-5162 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Zimmerman's Report and Recommendation re John Wall's Motion for Modification of Judgment and Demand For Issuance of a Writ of Execution. No objections to the report were filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Mr. Wall's motion for modification of judgment and demand for issuance of a writ of execution is hereby DENIED.

**IT IS SO ORDERED**.

Dated: May 6, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge