United States District Court
For the Northern District of California

1

2

3                       UNITED STATES DISTRICT COURT

4                       NORTHERN DISTRICT OF CALIFORNIA

5

6

7    DAVID J. NELSON,

8              Plaintiff,                    No. C 09-5162 PJH

9         v.                                 **ORDER DENYING REQUEST FOR**
                                             **EX PARTE EVIDENTIARY HEARING**
10   ROBERT DAVID NEAL,

11             Defendant.
     _____/
12

13        The court is in receipt of an "post-judgment, request for ex parte evidentiary hearing"

14   filed by plaintiff David J. Nelson to establish "final habeas corpus affirming judgment in this

15   instant case."  Doc. no. 30.  Plaintiff represents that he is in the custody of the Federal

16   Bureau of Prisons and claims that he is entitled to a writ of habeas corpus pursuant to a

17   settlement agreement which was executed by senior BOP officials.  Plaintiff contends that

18   the judgment entered by this court ordered the BOP officials "to terminate their custody of

19   my person which you referenced as 'chattel.'" Plaintiff further asks the court to document

20   his entitlement rights, presumably to habeas relief, for enforcement by the District Court for

21   the Southern District of Indiana.

22        Having reviewed the record and the orders of the District Court for the Southern

23   District of Indiana in the matters to which Plaintiff refers, the court determines that plaintiff

24   Nelson may be the same person as defendant Robert David Neal, and that Mr. Nelson, or

25   Mr. Neal, did not disclose to the court that he was in custody at the time he sought

26   judgment from this court, or that he was referring to himself as "Chattel."  Notwithstanding

27   these indications that the judgment in favor of Mr. Nelson and against his alias, Mr. Neal,

28   was entered as a result of fraud upon the court, the judgment, even if valid, would not be

binding upon any parties other than Mr. Nelson or Mr. Neal and would not result in Mr.

Nelson or Mr. Neal's release on the ground that he is "chattel."  To the extent that Mr.

Nelson or Mr. Neal seeks release from federal custody, he must do so pursuant to the

procedures governing habeas corpus relief.

Plaintiff's request for ex parte evidentiary hearing is DENIED.

**IT IS SO ORDERED.**

Dated: October 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2